## United States District Court — Violation Notice

VA-12

**Violation Number:** 4853107
**Officer Name (Print):** Branch
**Officer No.:** 34

4853107

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 03-13-2016 / 1016
**Offense Charged:** VSC #46.2-300
**Place of Offense:** Sinsiby ADJ to Ctc, Ft Lee, VA 23801

**Offense Description: Factual Basis for Charge**
Driving without a valid operator license.

Civ Contractor

### DEFENDANT INFORMATION

**Last Name:** Freeman
**First Name:** Tanesha
**M.I.:** M.

**Tag No.:** N67-1859
**State:** IL
**Year:** 05
**Make/Model:** Dodge/Caliber
**PASS:** ☐
**Color:** Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 115.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 140.00 Total Collateral Due

### YOUR COURT DATE

**Court Address:** U.S. District Court, 701 East Broad St, Richmond, VA 23219
**Date:** TBA
**Time:** 0900

X Defendant Signature: *Tanesha Cobb*

(Rev. 01/2011)  Original - CVB Copy

CVB SCAN MAR 21, 2016 14:08

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **March 13**, 20**16** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

While conducting Routine Patrol on Sisisby I observed a 2005 Black Dodge Caliber, LIC# N67-1859 traveling at a high rate of speed which was confirmed by radar to be 42 mph in a 25 mph zone. I initiated a traffic stop and identified the operator Tanesha Freeman by image and date of birth. A VCIN check revealed that Ms. Freeman was not licensed.

X-109

See CVB# 4853106

**The foregoing statement is based upon:**
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 03-13-2016   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN MAR 21, 2016 14:08