# United States District Court
## Violation Notice

VA-12

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4853106 | Branch | 34 |

4853106

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 03-13-2016 10:16 | VSC #46.2-874 |

Place of Offense: Sixty MOJ to Lake
Ft Lee, VA 23801

Offense Description: Factual Basis for Charge    HAZMAT ☐

Speed 42/25 MPH zone

CVI/Contractor

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Freeman | Tameshe | M. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N67-1859 | IL | 05 | Dodge Caliber | | Black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 107 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 132 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court | TBA |
| 701 East Broad St. | Time (hh:mm) |
| Richmond, VA 23219 | 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Tameshe Freeman*

(Rev. 01/2011)    Original - CVB Copy

CVB SCAN MAR 21, 2016 14:08

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 13, 20 16 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

While conducting Routine Patrol on Sisisky I observed a 2005 Black Dodge Caliber, Lic# IL N67-1859 traveling at a high rate of speed which was confirmed by radar to be 42 mph in a 25 mph zone. I initiated a traffic stop and identified the operator Tameshe Freeman by name and date of birth. A VCIN check revealed that Ms Freeman was not licensed.

X-1119

See CVB #4853107

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03-13-2016    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN MAR 21, 2016 14:08